IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 cr 09-19

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ANGELA LEIGH WIKE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to information provided by the United States Probation Office. On August 5, 2013, the undersigned released Defendant on terms and conditions of pretrial release. Those terms and conditions of pretrial release included the following: "Defendant is to participate and complete a period of inpatient treatment at the Appalachian Treatment Facility in Black Mountain, NC." The undersigned had been advised at the time of the hearing of Defendant's motion for release, that arrangements had been made for her to begin immediate participation in the inpatient treatment program. On August 19, 2013, the undersigned was advised by the United States Probation Office that Defendant was not participating in inpatient treatment. As a result, the undersigned will set this matter on for hearing for the status of Defendant's continued release on terms and conditions of pretrial release.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this matter be set for a status of bond hearing for **August 26, 2013 at 9:50 a.m.** in courtroom #2 of the United States Courthouse in Asheville, North Carolina for consideration as to whether or not Defendant should continue to be released on terms and conditions of pretrial release.

Signed: August 22, 2013

Dennis L. Howell
United States Magistrate Judge