**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 cr 09-19**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **ANGELA LEIGH WIKE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned on August 26, 2013 pursuant to an Order of this Court directing Defendant to appear for the purpose of a hearing to determine whether or not Defendant could be continued to be released on terms and conditions of pretrial release, and as referenced in the Order (#172) entered on August 23, 2013. At the call of this matter on for hearing it appeared that Defendant and her counsel, Mr. Jack Stewart, were present and the Government was represented by Assistant United States Attorney, Tom Kent. The Defendant, by and through her attorney, advised the Court that arrangements had been completed for the Defendant to begin inpatient drug treatment on August 30, 2013. To give Defendant sufficient time to begin treatment, the undersigned will continue the status conference until September 4, 2013. If Defendant or her counsel can show that she has begun participation in an inpatient treatment

program before that date, the undersigned will cancel the September 4, 2013 hearing.

## ORDER

**IT IS, THEREFORE, ORDERED** that the status conference for August 26, 2013 is hereby continued until **September 4, 2013 at 9:30 a.m.**

Signed: September 3, 2013

Dennis L. Howell
United States Magistrate Judge